This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**DONALD LEE McANINCH and**
**DORIS McANINCH,**

Plaintiffs-Appellants,

**and**

**GUEBERT BRUCKNER, P.C.,**

Law Firm-Appellant,

**v.**                                                                  **No. 35,129**

**DR. PAUL LEVY; NEW MEXICO HEART**
**INSTITUTE, P.A.; HHNM, LLC d/b/a HEART**
**HOSPITAL OF NEW MEXICO; SAN JUAN**
**REGIONAL MEDICAL CENTER, INC.; and**
**DOES 1 THROUGH 10.**

**Defendants-Appellees.**

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Carl J. Butkus, District Judge**

Guebert Bruckner P.C.
Terry R. Guebert
Christopher J. DeLara
David C. Odegard
Albuquerque, NM

for Appellants

Hinkle Shanor LLP
Hari-Amrit Khalsa
Kathleen M. Wilson
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**SUTIN, Judge.**

{1}     Summary dismissal was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary dismissal has been filed and the time for doing so has expired.

{2}     DISMISSED.

{3}     **IT IS SO ORDERED.**

_____
**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**TIMOTHY L. GARCIA, Judge**